IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Berry, Margaret | Case Number: 06 B 11688 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/23/08 | Filed: 9/18/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: November 20, 2008
Confirmed: November 9, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 10,679.83 | |
| Secured: | | 0.00 |
| Unsecured: | | 8,630.45 |
| Priority: | | 0.00 |
| Administrative: | | 1,065.00 |
| Trustee Fee: | | 574.37 |
| Other Funds: | | 410.01 |
| Totals: | 10,679.83 | 10,679.83 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 1,065.00 | 1,065.00 |
| 2. | Capital One | Unsecured | 1,166.54 | 1,166.54 |
| 3. | Midwest Orthopedics At Rush | Unsecured | 357.87 | 357.87 |
| 4. | Capital One | Unsecured | 653.34 | 653.34 |
| 5. | Premier Bankcard | Unsecured | 720.08 | 720.08 |
| 6. | Certified Services | Unsecured | 140.42 | 140.42 |
| 7. | United Collection Bureau Inc | Unsecured | 293.57 | 293.57 |
| 8. | Verizon Wireless | Unsecured | 3,098.77 | 3,098.77 |
| 9. | Resurgent Capital Services | Unsecured | 1,264.13 | 1,264.13 |
| 10. | Resurgent Capital Services | Unsecured | 935.73 | 935.73 |
| 11. | CB USA Sears | Unsecured | | No Claim Filed |
| 12. | AFNI | Unsecured | | No Claim Filed |
| 13. | Medical Financial Management | Unsecured | | No Claim Filed |
| 14. | Dheeraj Mahayan MD | Unsecured | | No Claim Filed |
| 15. | Blackhawk Medical Trans | Unsecured | | No Claim Filed |
| 16. | Horizon Emergency Physicians | Unsecured | | No Claim Filed |
| 17. | Dr Zivojin Pavlovic | Unsecured | | No Claim Filed |
| 18. | Loretto Hospital | Unsecured | | No Claim Filed |
| 19. | AFNI | Unsecured | | No Claim Filed |
| 20. | Masseys | Unsecured | | No Claim Filed |
| 21. | MCI Residential | Unsecured | | No Claim Filed |
| 22. | Medical Collections | Unsecured | | No Claim Filed |
| 23. | Systems & Services Technologies | Unsecured | | No Claim Filed |
| 24. | SBC | Unsecured | | No Claim Filed |
| 25. | Affliated Credit Svc | Unsecured | | No Claim Filed |
| 26. | Seventh Avenue | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Berry, Margaret | Case Number: 06 B 11688 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 12/23/08 | Filed: 9/18/06 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Rush University | Unsecured | | No Claim Filed |
| 28. | Rush Presbyterian St Luke's Hospital | Unsecured | | No Claim Filed |
| 29. | Same Day Surgery | Unsecured | | No Claim Filed |
| 30. | Shell Credit Card | Unsecured | | No Claim Filed |
| 31. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 32. | Surrender Kumar Sc | Unsecured | | No Claim Filed |
| 33. | TRSI | Unsecured | | No Claim Filed |
| 34. | West Loop U Medical | Unsecured | | No Claim Filed |
| 35. | University Cardiolist | Unsecured | | No Claim Filed |
| 36. | Sherman Acquisition | Unsecured | | No Claim Filed |
| | | | $ 9,695.45 | $ 9,695.45 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 97.00 |
| 5.4% | 288.69 |
| 6.5% | 188.68 |
| | $ 574.37 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

